513 A.2d 1381

**Patrick B. KOZAK and Mary Ann Kozak, Petitioners,**

v.

**Wayne STRUTH and McKeesport Area School District.**

Supreme Court of Pennsylvania.

Aug. 20, 1986.

Petition for Allowance of Appeal GRANTED, No. 62 W.D. Appeal Docket 1986.

513 A.2d 1381

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Joseph D. TARBERT.**

Supreme Court of Pennsylvania.

Aug. 20, 1986.

Petition for Allowance of Appeal GRANTED, No. 36 M.D. Appeal Docket 1986.